BRODY R. WIGHT, ESQ.
Nevada Bar No. 13615
TROUTMAN PEPPER HAMILTON SANDERS LLP
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV 89123 *(Nevada Office)*
Tele: (470) 832-5586
Fax: (404) 962-6800
brody.wight@troutman.com

TROUTMAN PEPPER HAMILTON SANDERS LLP
600 Peachtree St. NE #3000
Atlanta, GA 30308 *(Corporate Office)*
*Attorney for Defendant Nationstar Mortgage LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GOLDEN CREEK HOLDINGS, INC., a Nevada corporation,<br><br>Plaintiff,<br>vs.<br>QUALITY LOAN SERVICING CORPORATION, a California corporation; NATIONSTAR MORTGAGE, LLC, a Delaware limited liability company; NEVADA LEGAL NEWS, LLC, a Nevada limited liability company; DOES I through X and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.:<br><br>**NATIONSTAR MORTGAGE LLC'S NOTICE OF REMOVAL TO FEDERAL COURT BASED ON DIVERSITY JURISDICTION** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Defendant Nationstar Mortgage LLC, dba Mr. Cooper (**Nationstar**) removes this action from the Nevada Eighth District Court to the United States District Court for the District of Nevada pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, and states as follows:

1. The Complaint in the above-entitled action was filed on December 22, 2021, in the Eighth Judicial District Court for the State of Nevada in and for the County of Clark under the designated

Page 1

123329224

1  Case No. A-21-845800-C. Nationstar and Quality Loan are the only named as defendants in the
2  Complaint. (See a copy of the Complaint attached hereto as Exhibit A.)
3  2.     Nationstar is not aware of possessing a copy of the Complaint at any time prior to
4  December 30, 2021, when it was served the Complaint.
5  3.     This Petition for Removal is timely filed pursuant to 28 U.S.C. § 1446(b). Thirty days have
6  not elapsed since Defendants first became aware of Plaintiff Golden Creek Holdings, Inc.'s (**GCH**)
7  claims against Defendants as set forth in the Complaint.
8  4.     Although Nationstar is not the only named Defendant in the action, the Eighth
9  Judicial District Court recently entered an Order stating that the other named Defendant, Quality
10 Loan Servicing Corporation (**Quality Loan**) shall have nonmonetary status in this case pursuant
11 to NRS 107.029. (Exhibit R). As such, Quality Loan will be treated as a nonparty for all purposes
12 except that it is required to respond to discovery. Quaity Loan is, therefore, a nominal party, and
13 28 U.S.C. § 1446(b) does not require its consent to removal. *See*, *Emrich v. Touche Ross & Co.*,
14 846 F.2d 1190, 1193 n. 1 (9th Cir.1988). Counsel for Quality Loan has further represented that it
15 is neutral towards removal as a nominal party and does not oppose removal. The consent of the
16 remaining defendants, all of whom are unknown or fictitious, is not required for removal, under
17 the plain language of the removal statute. 28 U.S.C. § 1441(b)(2).
18 5.     28 U.S.C. § 1441(a) provides the basis for Nationstar to remove this action as it allows for
19 the removal of an action when the federal court would have diversity jurisdiction pursuant to 28
20 U.S.C. § 1332 (diversity). Here, there is complete diversity of citizenship between GCH and both
21 Nationstar and Quality Loan, and the amount in controversy, exclusive of interest and costs,
22 exceeds the sum of $75,000.
23 6.     The amount in controversy exceeds $75,000.00, because GCH is seeking a declaration that
24 its interest in the real property at issue is not subject to Nationstar's deed of trust, which secures a
25 debt due and owing to Nationstar for amounts that are currently in excess of $321,237.24.[1]

---

[1] The amount of damages was calculated by reference to the Notice of Sale recorded on December 16, 2021. Since that date, the debt has incurred interest and other charges and the amount in controversy has increased. Defendants are prepared to provide an affidavit in support of the loan balance at the time of the removal in the event the amount in controversy is challenged. *See, e.g.*, *Reynolds v. Nat'l Default*

123329224

7.  There is complete diversity because, upon information and belief, GCH is not a citizen of the same state as any of the Defendants. Specifically,

   a.  Nationstar is a Delaware limited liability company. As a limited liability company, Nationstar "is a citizen of every state of which its owners/members are citizens[.]" *Johnson v. Colombia Props. Anchorage*, LP, 437 F.3d 894, 899 (9th Cir. 2006). Nationstar's members are Nationstar Sub 1 LLC (Sub 1) and Nationstar Sub 2 LLC (Sub 2). Both Sub 1 and Sub 2 are wholly-owned by Nationstar Mortgage Holdings, Inc. (Nationstar Holdings), a corporation. A corporation is a citizen of the state in which it is incorporated and in which it has its principal place of business. See 28 U.S.C. § 1332(c). Nationstar Holdings is a Delaware corporation with a principal place of business in Texas. Therefore, Nationstar is a citizen of Delaware and Texas for purposes of diversity jurisdiction;

   b.  On information and belief, Quality Loan is a California Corporation with its principal place of business in California. Therefore, Quality Loan is a citizen of California for diversity jurisdiction;[2]

   c.  On information and belief, and based on the allegations contained in GCH's complaint, GCH is a Nevada Corporation with its principal place of business in Nevada. Therefore, GCH is a citizen of Nevada for diversity jurisdiction.

8.  For the Court's convenience, Defendants have attached to this petition all documents filed in the state court action. Pursuant to the State Court docket, Defendants are informed and believe that the following documents have been filed in this action:

   a.  The Complaint filed on December 22, 2021, (Exhibit A)

---

*Servicing Corp.*, No. 3:16-cv-00047-MMD-VPC, 2016 U.S. Dist. LEXIS 131432, at *7 (D. Nev. Sept. 23, 2016) (This Court may consider "summary-judgment-type evidence relevant to the amount in controversy at the time of removal," in addition to facts presented in the removal petition, in order to determine whether the amount in controversy meets the jurisdictional limit).

[2] As a nominal party, Quality Loan's citizenship may or may not be of relevance to the consideration of diversity. By making representations as to Quality Loan's citizenship, Nationstar is not conceding that its citizenship is of relevance.

123329224

1  b. The Initial Appearance and Fee Disclosure filed on December 22, 2021, (Exhibit B)

2  c. The Notice of lis pendens filed on December 22, 2021, (Exhibit C)

3  d. The Summons to Quality Loan and Nationstar filed on December 23, 2021 (Exhibit D)

4  e. The Motion for Preliminary Injunction filed on December 27, 2021, (Exhibit E)

5  f. The Notice of entry of Order Shortening Time, (Exhibit F)

6  g. The Clerk's Notice of Nonconforming Document filed on December 29, 2021, (Exhibit G)

7  h. The Affidavit of Service for Nationstar filed on January 3, 2022, (Exhibit H)

8  i. The Order Granting Preliminary Injunction filed on January 4, 2022, (Exhibit I)

9  j. The Notice of Entry of the Order Granting Preliminary Injunction filed on January 4, 2022, (Exhibit J)

10  k. The Notice of Posting a Bond filed on January 5, 2022, (Exhibit k)

11  l. The Certificate of Service filed on January 5, 2022, (Exhibit L)

12  m. The Declaration of Non-Monetary Status filed by Quality Loan on January 6, 2022, (Exhibit M)

13  n. The Initial Appearance and Fee Disclosure filed by Quality Loan on January 6, 2022, (Exhibit N)

14  o. The Initial Appearance and Fee Disclosure filed by Nationstar on January 18, 2022, (Exhibit O)

15  p. The Motion to Dismiss and Motion to Reconsider the Preliminary Injunction filed by Nationstar on January 18, 2022, (Exhibit P)

16  q. The Clerk's Notice of Hearing filed on January 19, 2022, (Exhibit Q)

17  r. The Order on Quality Loan's Non-Monetary status filed on January 28, 2022, (Exhibit R)

123329224

1      s.    The Notice of Entry of Order on Quality Loan's Non-Monetary status filed on
2      January 28, 2022, (Exhibit S)

3  6. The action being removed concerns a dispute between the owner of real property in
4  Nevada, GCH, and the beneficiary of a deed of trust on the property. GCH brought several claims
5  seeking to prevent Nationstar from foreclosing on the subject property under a deed of trust held
6  by Nationstar and serviced by Quality Loan. GCH's singular theory is that the subject deed of trust
7  is presumed satisfied under NRS 106.240, because the underlying debt was accelerated more than
8  ten years ago.

9  7. On January 4, 2022, GCH obtained a preliminary injunction preventing Defendants from
10 foreclosing on the subject property.

11 8. On January 18, 2022, Nationstar filed a motion to dismiss GCH's claims. Nationstar's
12 motion seeks a reconsideration of the motion for preliminary injunction in the alternative. The date
13 currently set for the hearing on the motion is February 22, 2022.

14 8. A copy of this Petition for Removal is being filed forthwith with the Clerk of the
15 Nevada Eighth District Court and shall be served upon GCH.

16 13. This Petition for Removal is submitted to the United States District Court for the
17 District of Nevada subject to the Federal Rules of Civil Procedure, and is signed pursuant to
18 Fed. R. Civ. P. 11.

19 14. By filing this Petition, Defendants do not waive, and specifically reserve, all
20 defenses, exceptions, rights, and motions. No statement herein or omission here from shall be
21 deemed to constitute an admission by Nationstar of any of the allegations of or damages sought in
22 the Complaint (Exhibit A).

23 ///
24 ///
25 ///
26 ///
27 ///

123329224

WHEREFORE, based on the foregoing, Nationstar hereby removes the above action, now pending in the Eighth Judicial District Court for the State of Nevada, as Case No. A-21-845800-C to this Court.

DATED January 28, 2022.

> TROUTMAN PEPPER HAMILTON SANDERS LLP
>
> /s/ Brody R. Wight
> Brody R. Wight
> Nevada Bar No. 13615
> 8985 S. Eastern Ave., Ste. 200
> Las Vegas, NV  89123 *(Nevada Office)*
> 600 Peachtree St. NE #3000
> Atlanta, GA 30308 *(Corporate Office)*
> Tele: (470) 832-5586
> Fax: (404) 962-6800
> brody.wight@troutman.com
> *Attorney for Defendant Nationstar Mortgage LLC*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of Troutman Pepper Hamilton Sanders LLP, and that on the 28th day of January 2022, I caused to be served a true and correct copy of the foregoing **NATIONSTAR MORTGAGE LLC'S NOTICE OF REMOVAL TO FEDERAL COURT BASED ON DIVERSITY JURISDICTION** by depositing a copy of the above-referenced document for mailing in the United States Mail, first-class postage prepaid, to the parties listed below at their last-known mailing addresses, on the date above written:

| | |
|---|---|
| Joseph Y. Hong, Esq.<br>HONG & HONG LAW OFFICE<br>1980 Festival Plaza Drive, Suite 650<br>La Vegas, Nevada 89135<br>Tel: 702.870.1777<br>Fax: 702.870.0500<br>Email: yosuphonglaw@gmail.com | *Attorney for Plaintiff,*<br>*Golden Creek Holdings, Inc.* |

I declare that I am employed in the office of a member of the bar of this Court at whose discretion the service was made.

                                        */s/ Evelyn Duarte*
                                        An employee of Troutman Pepper
                                        Hamilton Sanders, LLP

123329224