JOSEPH Y. HONG, ESQ.
State Bar No. 005995
HONG & HONG LAW OFFICE
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone No.: (702) 870-1777
Facsimile No.: (702) 870-0500
Email: Yosuphonglaw@gmail.com
Attorney for Plaintiff
*GOLDEN CREEK HOLDINGS, INC.*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| GOLDEN CREEK HOLDINGS, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>QUALITY LOAN SERVICING CORPORATION, a California corporation; NATIONSTAR MORTGAGE, LLC, a Delaware limited liability company; NEVADA LEGAL NEWS, LLC, a Nevada limited liability company; DOES I through X and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No. 2:22-CV-00166-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSES TO NATIONSTAR MORTGAGE, LLC'S MOTION FOR RECONSIDERATION AND MOTION TO DISMISS**<br><br>(FIRST REQUEST) |

Plaintiff, GOLDEN CREEK HOLDINGS, INC. ("GCH"), and Defendant, NATIONSTAR MORTGAGE, LLC ("Nationstar") ("GCH" and with "Nationstar," the "Parties"), respectfully request the Court enter an order, pursuant to Local Rule IA 6-1, extending the deadline for GCH to file its Responses to Nationstar's Motion for Reconsideration [ECF No. 6] and Motion to Dismiss [ECF No. 7]. The current deadline for the Responses is February 15, 2022. The Parties seek a two-week extension until **March 1, 2022**.

This is the Parties' first request to extend the deadline for filing GCH's Responses to Nationstar's Motion for Reconsideration and Motion to Dismiss and is not made for any deleterious

purposes or to unnecessarily delay these proceedings. Rather, the Parties seek this extension in good faith for the benefit of the Parties and their counsel due to the scheduling conflict of GCH's counsel and the intermittent staffing issues related to the Covid-19 pandemic being experienced by GCH's counsel. Therefore, the Parties stipulate to extend the deadline for filing GCH's Responses to Nationstar's Motion for Reconsideration and Motion to Dismiss until March 1, 2022, and request the Court enter an order extending the deadline.

**IT IS SO STIPULATED.**

Dated: February 7, 2022.

HONG & HONG LAW OFFICE

By: */s/ Joseph Y. Hong*
JOSEPH Y. HONG, ESQ.
State Bar No. 005995
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135

*Attorney for Plaintiff, GOLDEN CREEK HOLDINGS, INC.*

Dated: February 7, 2022.

TROUTMAN PEPPER HAMILTON SANDERS LLP

By: */s/ Brody R. Wight*
BRODY R. WIGHT, ESQ.
State Bar No. 013615
8985 S. Eastern Ave., Suite 200
Las Vegas, Nevada 89123

*Attorney for Defendant, NATIONSTAR MORTGAGE, LLC*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 8, 2022