AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Golden Creek Holdings, Inc.,

                Plaintiff,
   v.

Quality Loan Servicing Corporation and
Nevada Legal News, LLC,

                Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:22-cv-00166-CDS-EJY

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment is entered in favor of Defendants, Quality Loan Servicing Corporation and Nevada Legal News, LLC, and against Plaintiff, Golden Creek Holdings, Inc.

07/25/2023
Date

DEBRA K. KEMPI
Clerk

/s/ R. Gador
Deputy Clerk