UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 7 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GOLDEN CREEK HOLDINGS, INC., <br><br> Plaintiff-Appellant, <br><br> v. <br><br> NATIONSTAR MORTGAGE, LLC, a Delaware limited liability company registered with the Nevada Secretary of State, <br><br> Defendant-Appellee, <br><br> and <br><br> QUALITY LOAN SERVICE CORPORATION; NEVADA LEGAL NEWS, a Nevada limited liability company, <br><br> Defendants. | No.   23-16121 <br><br> D.C. No. 2:22-cv-00166-CDS-EJY <br> District of Nevada, <br> Las Vegas <br><br> ORDER |

The parties' joint motion to dismiss this appeal (Docket Entry No. 12) is granted. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Steven J. Saltiel
Circuit Mediator

Mediation